# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161630

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAMONN KNOTT,
     Defendant-Appellant.

SC: 161630
COA: 341418
Wayne CC: 16-007429-FC

_____/

On order of the Court, the application for leave to appeal the March 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021

Clerk

t0524